IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID ENRIQUE LEON, | ) |
| Petitioner, | ) |
| v. | ) No. 3:15-cv-0094 |
| MIKE PARRIS, Warden, | ) Chief Judge Sharp |
| Respondent. | ) |

### ORDER

Before the Court are (1) the petitioner's Rule 60 motion to vacate the Court's prior order dismissing his habeas petition (ECF No. 42) and (2) the petitioner's motion to amend and correct the previously filed Rule 60 motion to vacate judgment (ECF No. 43), which the Court also construes as an amended motion to vacate. The motion to amend and correct the previously filed Rule 60 motion is **GRANTED**. However, for the reasons set forth in the accompanying Memorandum Opinion, the original motion to vacate (ECF No. 42) and the amended motion to vacate (ECF No. 43) are **DENIED**.

Because no reasonable jurist would conclude that the petitioner's arguments have merit, the Court **DENIES** a certificate of appealability. Rule 11, Rules Gov'g § 2254 Cases.

The Clerk is **DIRECTED** to ensure that the Sixth Circuit receives notice of this order.

It is so **ORDERED**.

_____
KEVIN H. SHARP
Chief Judge
United States District Court